Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO. 4:03cr64-SPM

JOSEPH L. THOMAS, JR.,

    Defendant.

_____/

**ORDER CONTINUING VIOLATION HEARING**

    For good cause shown, Defendant's Motion to Continue (doc. 35) is granted. The violation hearing is reset for 1:30 p.m. on July 17, 2006 pending assignment and scheduling of a change of plea on the new offense (4:06mj71-WCS).

    DONE AND ORDERED this 17th day of May, 2006.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge