Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 4:03cr64-SPM

JOSEPH L. THOMAS, JR.,

    Defendant.
_____/

**ORDER CONTINUING VIOLATION HEARING**

For good cause shown, Defendant's Motion to Continue Violation of Supervised Release Hearing (doc. 39) is granted. The violation hearing is reset for 1:30 p.m. on August 21, 2006.

DONE AND ORDERED this 13th day of July, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge