IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                 CASE NO. 4:03cr64-SPM

JOSEPH L. THOMAS, JR.,

       Defendant.
_____/

## ORDER CONTINUING VIOLATION HEARING

For good cause shown, Defendant's Motion to Continue Violation of Supervised Release Hearing (doc. 41) is granted. The violation hearing is reset for 1:30 p.m. on October 16, 2006.

DONE AND ORDERED this 16th day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge